### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **JAMIE FRANCIS, et al.** | * | **CASE NO. 1:20-cv-792** |
| **Plaintiffs** | | **Judge Michael Barrett** |
| vs. | * | |
| **PLASTIKOS CORPORATION, d/b/a MULTI-FORM PLASTICS, INC.** | | **FINAL DISMISSAL ENTRY WITH PREJUDICE AS TO ALL CLAIMS** |
| | * | |
| **Defendant** | | |

It appearing to the Court that all claims herein pending have been fully compromised and settled, it is, therefore:

**ORDERED, ADJUDGED AND DECREED** that all claims are hereby **DISMISSED WITH PREJUDICE**.

Each party is to bear its own costs.

                                                                               _/s Michael R. Barrett_____
                                                                               Michael R. Barrett, Judge
                                                                               United States District Court

*/s/ Matthew S. Okiishi (per authority to A. Keeton on 4-22-2021)*
Stephen E. Imm (0040068)
Matthew S. Okiishi (0096706)
Finney Law Firm, LLC
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, OH 45245
(513) 943-5678
stephen@finneylawfirm.com
matt@finneylawfirm.com
Attorneys for Plaintiffs

- 2 -

  /s/ Anne P. Keeton
Anne P. Keeton (0076811), Trial Attorney
Lisa A. Hesse (0042120) Co-Counsel
FREUND, FREEZE & ARNOLD
Fifth Third Center
1 South Main Street, Suite 1800
Dayton, OH  45402-2017
(937) 913-0110
akeeton@ffalaw.com
lhesse@ffalaw.com
Attorneys for Defendant